**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

In Re:

TOMMY LEE ADAIR
JENENE SHARMAN ADAIR

CASE NO. 11-40847-KKS
CHAPTER 13

Debtor(s)

_____/

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-11'S MOTION FOR RELIEF FROM AUTOMATIC STAY OR IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION AND REQUEST FOR HEARING**

SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-11, by and through its undersigned attorney, moves the Court pursuant to 11 U.S.C., Section 362 (d) and Bankruptcy Rule 4001, for relief from the automatic stay, and states:

1. Debtor(s), TOMMY LEE ADAIR and JENENE SHARMAN ADAIR, filed a Voluntary Petition for Relief under 11 U.S.C., Chapter 13 on October 18, 2011.

2. The property that is the subject of this Motion is located at Property Address **294 GREENLEA CIRCLE, CRAWFORDVILLE, FLORDIA 32327**, which is more particularly described in the Mortgage attached hereto as an exhibit.

3. Debtor(s) own the above property subject to a Note and Mortgage, securing the same dated June 1, 2006, which they executed in favor of Homebridge Mortgage Bankers Corp. Movant now holds the Note and Mortgage. A copy of the loan documents is attached as exhibit "A" and "B".

4. Debtor(s) are currently due for the monthly mortgage payment due on November 1, 2012 . The principal balance owed on the debt is $168,522.69. Additionally there is interest and other charges which must be paid to satisfy the debt. As of January 14, 2013 the payoff for the account is $200,779.46. Please find payment history attached as Exhibit "C".

5. The subject property has an estimated market value of $ 92,034.00, according to County Property Appraisal. See Exhibit "D" attached. Debtor has no equity in the property.

6. Debtor(s) pay Movant directly in the Chapter 13 Plan.

WHEREFORE, SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-11, prays that this Honorable Court will enter its order granting relief from stay, award reasonable fees and costs, waive any and all requirements set forth by FRBP 3002.1(b) and FRBP 3002.1(c), and that the fourteen (14) days stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3) is waived and grant such other relief that the Court may deem just and proper.

/s/ Allison D. Thompson
Law Offices of Daniel C. Consuegra, P.L.
x Allison D. Thompson/Florida Bar #36981
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 25th day of January, 2013 to TOMMY LEE ADAIR, 294 GREENLEA CIRCLE, CRAWFORDVILLE, FL 32327; JENENE SHARMAN ADAIR, 294 GREENLEA CIRCLE, CRAWFORDVILLE, FL 32327; DEIRDRE FARRINGTON,ESQUIRE, 68-B FELI WAY, CRAWFORDVILLE, FL 32327; LEIGH D. HART, TRUSTEE, P.O. BOX 646, TALLAHASSEE, FL 32302; AND UNITED STATES TRUSTEE, 110 EAST PARK AVENUE, SUITE 128, TALLAHASSEE, FL 32301.

/s/ Allison D. Thompson
Allison D. Thompson, Esquire