IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 11-40847-TLH4 |
| TOMMY LEE ADAIR § | |
| JENENE SHARMAN ADAIR § | CHAPTER 13 |
| DEBTOR(S) § | |
| § | |
| SPECIALIZED LOAN SERVICING, LLC, AS § | |
| SERVICING AGENT FOR THE BANK OF § | |
| NEW YORK MELLON FKA THE BANK OF § | |
| NEW YORK, AS TRUSTEE FOR THE § | |
| CERTIFICATEHOLDERS OF THE CWABS, § | |
| INC., ASSET-BACKED CERTIFICATES, § | |
| SERIES 2006-11 § | |
| MOVANT § | |
| VS § | |
| TOMMY LEE ADAIR § | |
| JENENE SHARMAN ADAIR § | |
| AND LEIGH D. HART, TRUSTEE § | |
| RESPONDENTS | |

### AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY

"I, __Mark McCloskey__, hereby state the following:

1. Specialized Loan Servicing, LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-11 ("Movant") and its successors and/or assigns, is authorized to sue on its own behalf.

2. I am an employee and duly authorized representative of Movant and hereby make this Affidavit in such capacity. All facts recited herein are within my personal knowledge of all records concerning the account with Debtor(s) and are true and correct.

3. In the course of my employment, I have become familiar with the manner and method in which Movant maintains its books and records in its regular course of business. Those books and records are managed by employees and agents whose duty it is to keep the books and records accurately and completely and to record each event or item at or near the time of the event or item so noted.

4. I am familiar with the books and records related to the Note secured by Deed of Trust of even date therewith covering certain real property located at 294 Greenlea Circle, Crawfordville, Florida 32327, and more particularly described in the Deed of Trust.

5. Note and/or Mortgage, Loan Number xxxxxx1289, in the original principal amount of $171,000.00, dated

1

AFFIDAVIT FOR MFR
4120-N-2487

June 1, 2006 was executed by the Original Mortgagor(s): Tommy L. Adair and Jenene S. Adair to Homebridge Mortgage Bankers Corp, A New York Corporation.

6. Debtor(s) are in default on their obligations to Movant in that Debtor(s) have failed to make their installment payments when due and owing pursuant to the terms of the above-described Note and/or Deed of Trust.

7. As of January 14, 2013, the unpaid principal balance was $168,522.69. Debtor(s) are due 3 post-petition payments:

November, 2012 to January, 2013 @ $1,231.94                $3,695.82

The amount of the current monthly mortgage installment payment is $1,231.94.

8. By failing to make the regular monthly installment payments due pursuant to the Note and/or Deed of Trust, Debtor(s) have not provided adequate protection to Movant.

9. Movant has had to retain counsel to represent it before this Court and is incurring legal expenses and attorneys' fees for which it is entitled to reimbursement under the terms of the Note.

10. Further, according to the Debtor(s) schedules, the estimated value of the subject property is $119,700.00. Thus, after full satisfaction of the indebtedness due to Movant under the terms of the Note there is no equity in the property.

I declare that the foregoing facts are true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NOT."

11-40847-TLH4

Specialized Loan Servicing, LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-11

By: _____

Mark McCloskey    Assistant Vice President
A Duly Authorized Representative

SUBSCRIBED AND SWORN TO before me by ___Mark McCloskey___ on this the 17 day of ___Jan___, 2013, to certify which witness my hand and seal of office.

_____
Notary Public in and for the
State of ___Colorado___

AFFIDAVIT FOR MFR
4120-N-2487

TARA HEWITT
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20124057416
MY COMMISSION EXPIRES 09/12/2016

2